UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANCE ROSS PAYNE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. BASER, et al.,<br><br>    Defendants. | No. 2:18-cv-0956 JAM CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file and serve an opposition to defendants' November 29, 2018 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 17) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve his opposition to defendants' motion to dismiss. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed without prejudice.

Dated: December 18, 2018

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
payn0956.36