UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANCE ROSS PAYNE,<br><br>              Plaintiff,<br><br>       v.<br><br>C. BASER, et al.,<br><br>              Defendants. | No. 2:18-cv-0956 JAM CKD P<br><br><br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file an opposition to defendants' pending motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 22) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion to dismiss. Failure to file an opposition within 30 days will result in a recommendation that this action be dismissed.

Dated: January 16, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
payn0956.36.sec